92 A.3d 808

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony JOHNSON, Petitioner.**

**No. 32 EM 2014.**

Supreme Court of Pennsylvania.

May 29, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2014, the Application for Relief is **DENIED.**